CHARLOTTE B. WILBOUR, Appellant and Respondent, *v.* TROW's PRINTING AND BOOKBINDING COMPANY, Appellant and Respondent.

(Argued June 11, 1889; decided June 25, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 2, 1886, upon a case submitted upon an agreed statement of facts under section 1279 of the Code of Civil Procedure.

*Henry Thompson* for plaintiff.

*Raphael J. Moses, Jr.,* for defendant.

Agree to affirm; no opinion.
All concur, except BROWN, J., not voting.
Judgment affirmed.

---

STEPHEN P. NASH et al., Respondents, *v.* SYLVESTER H. KNEELAND et al., Impleaded, etc., Appellants.

(Argued June 11, 1889; decided June 25, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 15, 1886, which affirmed a judgment in favor of plaintiffs, entered upon a verdict.

*Robert G. Ingersoll* for appellants.

*John E. Parsons* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.